# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142825

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                             SC: 142825
                                             COA: 298692
                                             Wayne CC: 01-007640-FC

EARNEST RAY HOWARD,
     Defendant-Appellant.
_____/

       On order of the Court, the application for leave to appeal the March 10, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011                                            _____

h0829                                                            Clerk